UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEANNA S. EINBINDER, | |
| Plaintiff, | Case No. 1:18-cv-05009 |
| v. | Honorable Judge Manish S. Shah |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; WELLS FARGO BANK, N.A., and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, DEANNA S. EINBINDER ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, WELLS FARGO BANK, N.A., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 13, 2018

Respectfully Submitted,

*/s/ Majdi Y. Hijazin*
Majdi Y. Hijazin
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
mhijazin@hijazinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Majdi Y. Hijazin*
Majdi Y. Hijazin